**No. 59782.**—F. B. Vandegrift & Co., Inc. *v.* United States, protest 191185–K (Philadelphia).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of waste sheepskin scrap similar in all material respects to that the subject of *Fairfield Wool Co., Inc.* v. *United States* (33 Cust. Ct. 199, C. D. 1653), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MARCH 22, 1956

**No. 59783.**—Jabez Burns & Sons, Inc. *v.* United States, protests 245700–K and 249430–K (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of machines and parts the same in all material respects as those involved in Abstract 58579, the claim of the plaintiff was sustained.